[No. 16327-6-II.   Division Two.   August 19, 1994.]

KITSAP COUNTY FIRE PROTECTION DISTRICT No. 15, ET AL, *Appellants*, v. THE CITY OF BREMERTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-02167-8, Terence Hanley, J., entered July 8, 1992. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 16576-7-II.   Division Two.   August 19, 1994.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v. LYDIA KELLER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-2-00660-2, Don L. McCulloch, J., entered October 16, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[Nos. 33143-4-I; 33144-2-I.   Division One.   August 22, 1994.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. PAUL D. CLINE, *Respondent.*

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. DAVE GRADEN, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 92-2-24439-0, Dale B. Ramerman, J., entered June 30, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.